UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FERNANDO PUJAS,                          :
          Petitioner                     :
                                         :
          v.                             :   CIVIL NO. 1:12-CV-1840
                                         :
COMMONWEALTH OF                          :
PENNSYLVANIA,                            :
          Respondent                     :

*O R D E R*

AND NOW, this 10th day of October, 2012, upon consideration of the

report and recommendation of the magistrate judge (Doc. 5), filed September 18, 2012,

to which no objections were filed, and upon independent review of the record, it is

ORDERED that:

     1.  The magistrate judge's report is adopted.

     2.  The Clerk of Court shall transfer this case to the Eastern
District of Pennsylvania.

     /s/ William W. Caldwell
     William W. Caldwell
     United States District Judge